**Order entered August 11, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00252-CR

**ENRIQUE GONZALO EUAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F14-76141-P**

## ORDER

Appellant's August 9, 2016 motion for extension of time to file appellant's brief is **GRANTED IN PART**. We extend the time to file appellant's brief until **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE